UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  Case No. 8:02-CR-168-T-27MAP

CHRISTOPHER PARRIS

_____/

## ORDER

THIS CAUSE is before the Court on this 7th day of December, 2007, on a Petition to Revoke Supervised Release. The Defendant, CHRISTOPHER PARRIS, appeared with Counsel, Howard Anderson, AFPD; and Christopher Murray, AUSA, appeared for the United States of America.

At the hearing, the defendant voluntarily admitted the violations set forth in numbers 1, 2, 3, and 5 in the Petition for Revocation of Supervised Release. The Court finds that violation number 4 is a duplicate of violation number 3, and it is withdrawn. Based on the defendant's admissions, the Court finds that defendant has violated the terms of the Order of Supervised Release.

It is, therefore, **ORDERED AND ADJUDGED**:

1. The Order of Supervised Release entered herein as to the above named defendant is hereby **REVOKED**.

2. The defendant, CHRISTOPHER PARRIS, is hereby committed to the custody of the

Bureau of Prisons for imprisonment for a period of **TIME SERVED.**

3. The defendant, **CHRISTOPHER PARRIS**, is reinstated on the same term of supervised release.

4. The defendant shall participate in the Home Detention program for a period of **SIXTY (60) DAYS.** During this time, defendant will remain at defendant's place of residence except for employment and other activities approved in advance by the defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the Probation Officer. Further, the defendant shall be required to contribute to the costs of services for such monitoring not to exceed an amount determined reasonable by the Probation Officer based on ability to pay (or availability of third party payment) and in conformance with the Probation Office's Sliding Scale for Electronic Monitoring Services.

5. The Court has zero tolerance for any positive drug test.

6. All other terms and conditions of supervised release previously imposed shall remain the same.

DONE AND ORDERED at Tampa, Florida this 10th day of December, 2007.

JAMES D. WHITTEMORE
UNITED STATES DISTRICT JUDGE

Copies:
- U.S. Attorney's Office
- Defense Counsel
- U.S. Marshal
- U.S. Probation